UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

CASE NUMBER: 14-30126-NJR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL ZARIC, | ) |
| Defendant, | ) |
| _____ | ) |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District for the Southern District of Illinois in order to appear as counsel of the record in this case on behalf of MICHAEL ZARIC.

In support of this motion, I state:

1). I am an attorney licensed to practice law and a member in good standing in the State of Florida. The State and Federal bar number issued to me is: <u>0043011.</u>

2). I am familiar with the law, facts and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Respectfully Submitted,

SAMUEL J. MONTESINO, P.A.
Attorney for the Defendant
2161 Palm Beach Lakes Blvd., Ste 307
West Palm Beach, Florida 33409
Telephone: (561) 721-3322
Facsimile: (561) 721-3366
Email: SamuelMontesino@yahoo.com

BY:   */s/ Samuel Montesino*
SAMUEL J. MONTESINO
Florida Bar Number: 0043011