UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff, )<br>       )<br>VS. )<br>       )<br>MICHAEL ZARIC, )<br>      Defendant. )<br>_____ ) | | CASE NUMBER 14-30126-NJR<br><br>Magistrate Judge Donald G. Wilkerson<br><br>**UNOPPOSED MOTION TO**<br>**CONTINUE INITIAL INDICTMENT** |

**COME NOW**, the Defendant, Michael Zaric, by and through his undersigned counsel and respectfully requests to grant this continuance pursuant to 18 U.S.C. § 3161 (h)(8)(A). And as grounds for granting this Motion, the Defendant states:

1. This cause is set for an Initial Indictment Hearing on Monday, July 7, 2014, at 11:00 AM.

2. Defense Counsel has recently been retained on this case to represent Mr. Zaric.

3. Defense Counsel has confirmed with AUSA, Michael Hallock that the Government has no objection to the Motion in requesting a continuance.

4. Defense Counsel and Defendant are requesting a (30) thirty to (45) forty-five day continuance.

5. Defense Counsel will be available to appear on Monday, August 4, 2014 through Wednesday, August 6, 2014.

**WHEREFORE**, the Defendant respectfully requests this Honorable Court to Continue the Initial Indictment Hearing set for Monday, July 7, 2014 at 11:00 AM, pursuant to this Motion.

Respectfully Submitted,

*/s/ Samuel Montesino*
SAMUEL J. MONTESINO, P.A.
Attorney for the Defendant
Florida Bar No. 0043011

2161 Palm Beach Lakes Blvd., Ste. 307
West Palm Beach, Florida 33409
Telephone: (561) 721-3322
Facsimile: (561) 721-3366
Primary Email: kris.lester328@yahoo.com
Secondary Email: samuelmontesino@yahoo.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>                              )<br>VS.                              )<br>                              )<br>MICHAEL ZARIC, )<br>        Defendant. )<br>_____ ) | CASE NUMBER 14-30126-NJR<br><br>Magistrate Judge Donald G. Wilkerson |

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on Wednesday, July 2, 2014, a true and correct copy of the forgoing Unopposed Motion to Continue Initial Indictment Hearing was filed via electronic filing with the Clerk of Court using the CM/ECF system which will automatically send notification of filing to all attorneys of record.

                                                    */s/ Samuel Montesino*
                                                    SAMUEL J. MONTESINO, P.A.
                                                    Attorney for the Defendant

                                                    2161 Palm Beach Lakes Blvd., Ste. 307
                                                    West Palm Beach, Florida 33409
                                                    Telephone: (561) 721-3322
                                                    Facsimile: (561) 721-3366
                                                    Primary Email: kris.lester328@yahoo.com
                                                    Secondary Email: samuelmontesino@yahoo.com