UNITED STATES DISTRICT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>                        )<br>VS.                        )<br>                        )<br>MICHAEL ZARIC,   )<br>        Defendant. ) | CASE NUMBER: 3:14-cr-30126-NJR |

### ORDER TO CONTINUE INITIAL INDICTMENT HEARING

THIS MATTER having come before the Court is defendant, Michael Zaric's Motion to Continue the initial indictment hearing which is unopposed by the United States Government, and the Court being fully advised as to the premises. Wherefore, it is hereby:

ORDERED AND ADJUDGED, the Court GRANTS defendant, Michael Zaric's Motion to Continue. Counsel for Defendant directed to contact the chambers of U.S. Magistrate Judge Stephen C. Williams at 618-482-9419 to schedule a date and time for an August setting in this matter.

SO ORDERED.

*s/Donald G. Wilkerson*
MAGISTRATE JUDGE DONALD WILKERSON
United States District Court

Copies Furnished to:
SAMUEL MONTESINO, e-Service: kris.lester328@yahoo.com, samuelmontesino@yahoo.com
AUSA, LIAM COONAN, e-Service: Liam.Coonan@usdoj.gov
AUSA, MICHAEL HALLOCK, e-Service: Michael.Hallock@usdoj.gov
SUPERVISOR, US PROBATION, TIM KEILBACH, e-Service: Tim_Keilbach@ilsp.uscourts.gov